UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBIN GLOSS,

Plaintiff,

Case No. 26-cv-12635
Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION SOLUTIONS, INC, et al.,

Defendants.
______________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notices of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126